LOUIS ENGEL & CO., INC., Respondent, v. ZARET REALTY CORP., Appellant. LOUIS ENGEL & Co., INC., Third-Party Plaintiff, v. IRA A. LOWIN PLUMBING & HEATING SERVICE et al., Third-Party Defendants. CLEARVIEW PAVING CORP., Plaintiff, v. LOUIS ENGEL & Co., INC., Defendant. IRA LOWIN, Doing Business as IRA A. LOWIN PLUMBING & HEATING SERVICE, Plaintiff, v. LOUIS ENGEL & Co., INC., Defendant.— In an action by a general contractor against defendant Zaret Realty Corp., the owner of certain premises, to recover an alleged balance due on three separately executed contracts for work, labor and materials, and to recover for certain extra work, in which said defendant asserted a counterclaim by reason of plaintiff's delayed and defective performance, the said defendant appeals, as limited by its brief, from so much of a judgment of the Supreme Court, Kings County, dated and entered March 29, 1961 upon the decision of the court after a nonjury trial, as awarded

plaintiff the sum of $13,682.75 against it, and as dismissed its counterclaim. Judgment, insofar as appealed from, affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.